**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

        **v.**          No. 5:13-cr-50049-001

**ALAN BERGER**                                                     **DEFENDANT**

### <u>O R D E R</u>

Now on this 4th day of October 2013, comes on for consideration the government's **Unopposed Motion To Dismiss** (document #25). The Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and the Indictment against Alan Berger in this matter is hereby **dismissed without prejudice**.

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                    **JIMM LARRY HENDREN**
                                                    **UNITED STATES DISTRICT JUDGE**